# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2023-2433
_____

WILLIAM ADAMS, Former
Husband,

    Appellant,

    v.

JENNIFER MULLIKIN, Former
Wife,

    Appellee.

_____

On appeal from the Circuit Court for Okaloosa County.
Edward P. Nickinson, III, Judge.

April 17, 2024


PER CURIAM.

    AFFIRMED.

ROBERTS, RAY, and KELSEY, JJ., concur.

*_____*

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

*_____*

Bradley G. Johnson of Bradley G. Johnson, P.A., Milton, for Appellant.

Jennifer Mullikin, pro se, Appellee.